UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| United States Aviation Underwriters, Inc, et al.<br>　　Plaintiff, | §<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:25−cv−01157 |
| vs. | §<br>§<br>§ | JUDGE CHARLES ESKRIDGE |
| United States of America, et al.<br>　　Defendant. | §<br>§ | |

NOTICE OF RESETTING

　　Take notice that the Initial Conference set for 7/3/2025, has been RESET as follows:

Wednesday, September 3, 2025, at 10:30 AM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 9F
515 Rusk Street
Houston, Texas 77002